IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:12-CV-35-D

| | |
|---|---|
| ANN MARIE HOLLERAN, as Beneficiary and Administrator of the Estate of Clark Allen, <br><br> Plaintiff, <br><br> v. <br><br> GLOBE LIFE AND ACCIDENT INSURANCE COMPANY, <br><br> Defendant. | ORDER |

On March 9, 2012, Ann Marie Holleran filed a motion to remand [D.E. 6]. The motion to remand [D.E. 6] lacks merit and is DENIED.

SO ORDERED. This 18 day of June 2012.

JAMES C. DEVER III
Chief United States District Judge