IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:12-CV-35-D

| | | |
|---|---|---|
| ANN MARIE HOLLERAN, as Beneficiary and Administrator of the Estate of Clark Allen, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| GLOBE LIFE AND ACCIDENT INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

On March 9, 2012, Ann Marie Holleran filed a motion to remand [D.E. 6]. The motion to remand [D.E. 6] lacks merit and is DENIED.

SO ORDERED. This 18 day of June 2012.

JAMES C. DEVER III
Chief United States District Judge